DATE 3-23-15

CASE NO. 01-12-00034-CR

MARCUS ANTHONY Shuff

T.D.C.J #1770478

french M RoberTSON UNiT

12071 FM 3522

Abilene, TEXAS 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

Could you pleASE INForm me. WHAT The EXSpiration DATE IS To file my 11-07 TO The Appropeait COUNTY of GALVESTON Co. TX. I filed my P.D.R. AND GoT A CARD BACK from The AppeAls CourT. THAT SAid "ReFused" WHAT IS The Diffronce from DeNied oR ReFUSEd Could you pleASE Tell me. ITs goT me ConfuSed. The Resone I AM AsKiNg I SeNT The Card off TO The INNOCENCE PROJECT of TEXAS, 1511 TEXAS AVENUE, Lubbock, Tx 79401. my CourT TRiAl TRANScrip WAS SeNT BACK To The clerk IN GAI vesToN TX. AND I JUST GoT Them BACK. Here IN The LAw Library french m RobevTSON UNiT. THANK you foR YOUR Help. *Marcus Anthony Shuff* #1770478